Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN JOSE NUNEZ,<br><br>Defendant. | 2:21-CR-147-TOR<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846<br>Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine<br><br>21 U.S.C. § 853<br>Forfeiture Allegation |

The Grand Jury charges:

Beginning on a date unknown but by April 2020, and continuing until on or about December 9, 2020, in the Eastern District of Washington, the Defendant, JUAN JOSE NUNEZ, did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to commit the following offense: distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

INDICTMENT – 1

## SERIOUS DRUG FELONY ALLEGATION

Before the Defendant, JUAN JOSE NUNEZ, committed the offense charged in the sole count of this Indictment, the Defendant, JUAN JOSE NUNEZ, had sustained a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), in the United States District Court for the Eastern District of Washington, Case Number 2:11-CR-02131-EFS, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), 846 as set forth in the sole count of this Indictment, the Defendant, JUAN JOSE NUNEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

INDICTMENT – 2

If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 19th day of October, 2021.

_____
Vanessa R. Waldref
United States Attorney

_____
Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 3