# CHARGES AND PENALTIES

**CASE NAME:** Juan Jose Nunez            **CASE NO.** 2:21-CR-147-TOR-1

TOTAL # OF COUNTS: 1        ☑ FELONY        ☐ MISDEMEANOR        ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2021

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii), 846 | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 10 years up to a life term; a fine not to exceed $10,000,000; not less than 5 years up to a life term of supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a.<br><br>If found to have one qualifying serious drug felony offense:<br><br>CAG not less than 15 years up to a life term; and/or a fine not to exceed $20,000,000; not less than 10 years up to a life term of supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
|  | 21 U.S.C. § 853 | Notice of Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |