UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JUAN JOSE NUNEZ,<br><br>　　　　　　　　　　Defendant. | CASE NO: 2:21-CR-0147-TOR<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES |

　　　BEFORE THE COURT is Defendant's Unopposed Motion to Continue Pretrial and Trial Dates. ECF No. 40. The motion was submitted for hearing without oral argument. The Court has reviewed the record and the files herein and is fully informed.

　　　Defendant is scheduled to appear before the Court for a pretrial conference on August 18, 2022, and a jury trial is scheduled to begin on August 29, 2022. Defendant now moves, unopposed by the government, for a 60-day continuance of those dates and the pretrial filing deadline. In support of the motion, Defendant explains he requires additional time to receive and review additional documents

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL
DATES ~ 1

from the government.  The Court finds that the Defendant requires additional time to investigate and prepare for trial, taking into account the exercise of due diligence, and that his interests would not be adequately represented without a continuance.  Accordingly, the motion is granted.

IT IS HEREBY ORDERED:

1. The Motion to Continue Pretrial and Trial Dates (ECF No. 40) is **GRANTED**.

2. The pretrial conference currently scheduled for August 18, 2022, is vacated and continued to **October 20, 2022, at 8:30 a.m.**, in Spokane Courtroom 902.  All pre-trial motions, including motions *in limine* and *Daubert* motions, shall be filed and served on or before **September 29, 2022**, and noted for hearing at the pretrial conference.  Any response to a pre-trial motion shall be filed and served in accordance with Local Rule 7.  If the Court determines an evidentiary hearing is appropriate, the Court will notify the parties of the date and time for such hearing.

3. The jury trial currently scheduled for August 29, 2022, is vacated and continued to **October 31, 2022**, **at 8:30 a.m.**, in Spokane Courtroom 902.  Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial issues. Jury selection will begin promptly at 9:00 a.m.  Trial briefs, proposed voir dire, jury instructions, verdict forms, <u>exhibit lists, and expert witness</u>

lists shall be filed and served by all parties on or before **seven (7) calendar days** prior to trial.

    4.    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between August 2, 2022, until October 31, 2022, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act.  The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial.

    5.    Counsel for the defense shall notify the Defendant and ensure his attendance at every scheduled hearing and trial.

    IT IS SO ORDERED.  The District Court Executive is directed to enter this order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED August 3, 2022.



                THOMAS O. RICE
              United States District Judge

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 3